# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI EASTERN DIVISION

**POWERTRAIN, INC., A MISSISSIPPI CORPORATION**                       **PLAINTIFF**

**VS.**                   **CAUSE NO.:1:11-cv-000105-GHD-DAS**

**JOYCE MA, ET AL**                                     **DEFENDANTS**

### NOTICE OF SERVICE OF DEFENDANT, JOYCE MA's, PRE-DISCOVERY CORE DISCLOSURES

COMES NOW the Defendant, JOYCE MA, by and through Jeffery M. Navarro, one if her attorneys, and file this, her NOTICE OF MA's PRE-DISCOVERY CORE DISCLOSURES by causing same to be mailed to counsel for the Plaintiff.

                                                     Respectfully Submitted,
                                                     JOYCE MA,
                                                     DEFENDANT

                                                  By /S/ Jeffery M. Navarro
                                                     Jeffery M. Navarro,
                              One of the Attorneys for the Defendant
                                                     P.O. BOX 162
                                                    AMORY, MS 38821
                                                    662-256-3706
                                                   jeffnavarro53@att.net
                                                     MBN: 3755

### CERTIFICATE OF SERVICE

I, Jeffery M. Navarro, one of the attorneys for the Defendant, JOYCE MA, do hereby certify that I have this day caused to be filed the above and foregoing NOTICE with the Clerk of the Court using the ECF System which transmitted Notice of Filing to all registered attorneys at the address each may have registered with the Court including the following counsel reflected below:

1. For the Plaintiff:

Hon. Duncan L. Lott

CERTIFIED, this the 15th day of May, 2012.

/S/ Jeffery M. Navarro
Jeffery M. Navarro