UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

POWERTRAIN, INC.                                PLAINTIFF/COUNTER-DEFENDANT

V.                                              CIVIL ACTION NO.1:11CV105-GHD-DAS

JOYCE MA                                   DEFENDANT/COUNTER-PLAINTIFF

ORDER GRANTING LEAVE TO FILE THIRD PARTY COMPLAINT

The defendant Joyce Ma is granted leave to file her third party complaint within fourteen days of this order.

SO ORDERED this the 29th day of June, 2012.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

1