

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

| | |
|---|---|
| 301 West Commerce Street, Suite 232<br>Post Office Box 704<br>Aberdeen, MS   39730<br><br>Telephone:   (662) 369-4952<br>Facsimile: (662) 369-9569 | 911 Jackson Avenue, Suite 369<br>Oxford, MS   38655<br>Telephone: (662) 234-1971<br>Facsimile: (662) 236-5210<br><br>305 Main Street, Suite 329<br>Post Office Box 190<br>Greenville, MS   38701 |

August 10, 2012

Powertrain, Inc.

v.                                                                                   Case No. 1:11cv105-GHD-DAS

Ma, et al


     **PLEASE TAKE NOTICE** that the following party(ies) are in default and Entry of Default should be requested pursuant to Rule 55 of the Federal Rules of Civil Procedure:

        William H. Shawn (Third Party Complaint)
        ShawnCoulson, LLP (Third Party Complaint)

**Failure to request Entry of Default may result in a party of case being dismissed without prejudice for failure to prosecute.**

                                        DAVID CREWS, CLERK

                              By:     _s/ Jennifer L. Adams_
                                        Deputy Clerk/Case Manager