# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**POWERTRAIN, INC., A MISSISSIPPI**
**CORPORATION**                                                 **PLAINTIFF**

**v.**                         **CAUSE NO.: 1:11-cv-00105-GHD-DAS**

**JOYCE MA, INDIVIDUALLY, AND**
**BEST MACHINERY & ELECTRICAL, INC.**       **DEFENDANTS**

**JOYCE MA, INDIVIDUALLY**          **THIRD PARTY PLAINTIFF**

**v.**

**WILLIAM H. SHAWN, AND**
**SHAWNCOULSON, LLP**             **THIRD PARTY DEFENDANTS**

## ORDER EXTENDING TIME FOR THIRD PARTY DEFENDANTS TO RESPOND TO THIRD PARTY COMPLAINT

CAME ON TO BE HEARD, and was heard this day, the ore tenus Motion of the Third Party Plaintiff, JOYCE MA, to extend the time for the Third Party Defendants in this cause, WILLIAM H. SHAWN and SHAWNCOULSON, LLP, for thirty (30) days to answer or otherwise respond to the Third Party Complaint exhibited against them, and the Court having considered said Motion, is of the

opinion that same is well-taken, and is granted.

IT IS, THEREFORE, ORDERED, that the Third Party Defendants, WILLIAM H. SHAWN and SHAWNCOULSON, LLP, shall be to and including granted thirty (30) additional days from September 10, 2012 to answer or otherwise respond to the Third Party Complaint in this cause.

SO ORDERED this the 10th day of August, 2012.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE