**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| POWERTRAIN, INC., <br> a Mississippi Corporation, <br><br> Plaintiff <br><br> v. <br><br> JOYCE MA, an Individual, and <br><br> BEST MACHINERY & ELECTRICAL, INC., <br> a dissolved California Corporation <br><br> Defendants and Third Party Plaintiffs <br><br> v. <br><br> WILLIAM H. SHAWN, an Individual, and <br><br> SHAWNCOULSON, LLP, <br> a Washington, DC Limited Liability Partnership <br><br> Third Party Defendants | Case No. 1:11-cv-00105-GHD-DAS |

**THIRD PARTY DEFENDANTS' MOTION TO DISMISS**

COME NOW Third Party Defendants William H. Shawn and ShawnCoulson, LLP (collectively "Third Party Defendants") and, by counsel, respectfully submit their Motion to Dismiss under Fed. R. Civ. P. 12(b)(6). In support of their position, Third Party Defendants have attached their Points and Authorities in Support of this Motion to Dismiss.

**WHEREFORE,** Third Party Defendants respectfully request their motions be granted, and that this Court grant such other and further relief as it may find just and necessary. Proposed forms of orders are attached.

DATE: September 10, 2012

                                              Respectfully submitted,

                                              /s/William R. Wheeler, Jr.

                                              William R. Wheeler, Jr., Esq.
                                              MBN 10848
                                              Wheeler & Franks Law Firm, P.C.
                                              114 South Broadway
                                              P.O. Box 681
                                              Tupelo, MS  38804
                                              wwheeler@wheelerfrankslaw.com
                                              T (662) 842-0380
                                              F (662) 842-7491

                                              Attorney for Third Party Defendants
                                              William H. Shawn and ShawnCoulson, LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2012, I served a copy of the forgoing on all counsel of record via ecf.

Jeffery M. Navarro
P.O. Box 162
Amory, MS 38821
jeffnavarro53@att.net
(Attorney for Defendant/Third Party Plaintiff
Joyce Ma)

Duncan L. Lott
Langston & Lott, P.A.
100 South Main St.
P.O. Box 382
Booneville, MS 38829
dlott@langstonlott.com
(Attorney for Plaintiff PowerTrain, Inc.)

/s/William R. Wheeler, Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | |
|---|---|
| POWERTRAIN, INC.,<br> a Mississippi Corporation,<br><br>  Plaintiff<br><br>v.<br><br>JOYCE MA, an Individual, and<br><br>BEST MACHINERY &<br>ELECTRICAL, INC.,<br> a dissolved California Corporation<br><br> Defendants<br><br>v.<br><br>WILLIAM H. SHAWN, an Individual, and<br><br>SHAWNCOULSON, LLP,<br> a Washington, DC Limited Liability<br> Partnership<br><br>Third Party Defendants | Case No. 1:11-cv-00105-GHD-DAS |

**ORDER GRANTING THIRD PARTY DEFENDANTS' MOTION TO DISMISS**

    Having considered the Third Party Defendants' Motion to Dismiss, the Court finds that Third Party Defendants' motion has merit and grants the Motion to Dismiss.

THEREFORE, this____day of September, 2012, it is hereby ORDERED that Third Party Defendants' Motion to Dismiss is GRANTED.

ORDERED AND ADJUDGED this the _____ day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, EASTERN DIVISION

Copies to:

Jeffery M. Navarro, Esq.
P.O. Box 162
Amory, MS 38821
Attorney for Defendant/Third Party Plaintiff
 Joyce Ma

Duncan L. Lott, Esq.
Langston & Lott, P.A.
100 South Main St.
P.O. Box 382
Booneville, MS 38829

Attorney for Plaintiff PowerTrain, Inc.

William R. Wheeler, Jr., Esq.
Wheeler & Franks Law Firm, P.C.
114 South Broadway
P.O. Box 681
Tupelo, MS  38804

Attorney for Third Party Defendants
William H. Shawn and ShawnCoulson, LLP