**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| **POWERTRAIN, INC., A MISSISSIPPI CORPORATION** | **PLAINTIFF/** *COUNTER-***DEFENDANT** |
| **VS.** | **CIVIL ACTION NO. 1:11-cv-000105-GHD-DAS** |
| **JOYCE MA, INDVIDUALLY, AND BEST MACHINERY & ELECTRICAL, INC.** | **DEFENDANTS COUNTER-PLAINTIFFS** |
| **JOYCE MA, INDIVIDUALLY** | **THIRD PARTY PLAINTIFF** |
| **VS.** | |
| **WILLIAM H. SHAWN, AND SHAWNCOULSON, LLP** | **THIRD PARTY DEFENDANTS** |

---

**ORDER GRANTING EXTENSION**

---

Upon agreement of the parties, the deadline for the Plaintiff's Response to Requests for Admissions and Requests for Production of Documents and Defendant's Response to discovery are extended for ten (10) days.

SO ORDERED this the 12th day of October, 2012.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE