**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| **POWERTRAIN, INC., A MISSISSIPPI CORPORATION** | **PLAINTIFF/COUNTER-DEFENDANT** |
| VS. | CIVIL ACTION NO. 1:11-cv-000105-GHD-DAS |
| **JOYCE MA, INDVIDUALLY, AND BEST MACHINERY & ELECTRICAL, INC.** | **DEFENDANTS/COUNTER-PLAINTIFFS/THIRD-PARTY PLAINTIFFS** |
| VS. | |
| **WILLIAM H. SHAWN, An Individual, and SHAWNCOULSON, LLP, a Washington, DC Limited Liability Partnership** | **THIRD-PARTY DEFENDANTS** |

**NOTICE OF SERVICE**

Notice is hereby given that I have this date served a true and exact copy of the following documents on all parties:

> **REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO THIRD-PARTY DEFENDANT, WILLIAM SHAWN.**

Respectfully submitted, this the 16th day of November, 2012.

> */s/ Duncan L. Lott*
> DUNCAN L. LOTT, MBN 1431
> Attorney for the Plaintiff

**LANGSTON & LOTT, P.A.**
100 South Main Street
Post Office Box 382
Booneville, MS 38829-0382
Telephone: (662) 728-9733
Facsimile: (662) 728-1992

{L0063342.DOC}

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2012, I electronically filed the foregoing *Notice of Service* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Jeffery M. Navarro, Esq.
> jeffnavarro53@att.net
> P. O. Box 162
> Amory, MS  38821
>
> William R. Wheeler, Jr., Esq.
> wwheeler@wheelerfrankslaw.com
> Wheeler & Franks Law Firm, P.C.
> P. O. Box 681
> Tupelo, MS  38804

**DATED**, this the 16th day of November, 2012.

>  */s/ Duncan L. Lott*
> **DUNCAN L. LOTT**

{L0063342.DOC}