IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **POWERTRAIN, INC., A MISSISSIPPI CORPORATION** | **PLAINTIFF** |
| VS. CIVIL ACTION NO. 1:11-cv-000105-SA-DA | |
| **JOYCE MA, INDVIDUALLY, AND BEST MACHINERY & ELECTRICAL, INC.** | **DEFENDANTS** |
| **JOYCE MA, INDVIDUALLY** | **COUNTER-PLAINTIFF** |
| VS. | |
| **POWERTRAIN, INC., A MISSISSIPPI CORPORATION** | **COUNTER-DEFENDANT** |
| **JOYCE MA, INDVIDUALLY** | **THIRD-PARTY PLAINTIFF** |
| VS. | |
| **WILLIAM H. SHAWN, An Individual, and SHAWNCOULSON, LLP, a Washington, DC Limited Liability Partnership** | **THIRD-PARTY DEFENDANTS** |

**DEFENDANT JOYCE MA'S OPPOSITION TO THE RULE 15(a) MOTION FOR LEAVE TO AMEND FILED BY PLAINTIFF POWERTRAIN, INC.**

COMES NOW, Defendant, Joyce Ma, the individual ("Ma"), and files her Opposition to Plaintiff Powertrain Inc.'s Rule 15(a) Motion for Leave to Amend the Complaint. Ma has attached her Points and Authorities in Support of this Opposition.

**WHEREFORE,** Ma respectfully requests the Court to deny Plaintiff Powertrain Inc.'s Rule 15(a) Motion for Leave to Amend the Complaint. Alternatively, Ma respectfully requests the Court to allow sufficient time, comparable to the time allowed for Ma to discover the cause of action of breach of contract, for Ma to perform adequate discovery for the vastly expanded scope of this lawsuit.

Dated: November 26, 2012						Respectfully Submitted,

						JOYCE MA
						DEFENDANT/THIRD PARTY PLAINTIFF

						By /s/ Jeffery M. Navarro
						JEFFERY M. NAVARRO
						P.O. BOX 162
						AMORY, MS 38821
						662-256-3706
						MBN: 3755
						Attorney for Defendant/Third Party Plaintiff,
						Joyce Ma

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                                   /s/ Jeffery M. Navarro
                                                                                     Jeffery M. Navarro