# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| POWERTRAIN, INC. | **NOTICE** |
| V. | CASE NO. 1:11CV105-GHD-DAS |
| JOYCE MA, ET AL | |

**TAKE NOTICE** that a proceeding in this case is RESET for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| U.S. POST OFFICE & FEDERAL BLDG. ABERDEEN, MS. | 218 |
| | **Date and Time** FEBRUARY 14, 2013, 9:00 A.M. |

**Type of Proceeding**

CASE MANAGEMENT CONFERENCE
BEFORE U.S.MAGISTRATE JUDGE DAVID A. SANDERS
TO BE HELD IN CHAMBERS

PROPOSED CASE MANAGEMENT ORDER AND CONFIDENTIAL SETTLEMENT MEMORANDUM IS DUE JANUARY 31, 2013

```
                              DAVID CREWS
                              Clerk of Court

                               /s/ Emily Seymer
                              (BY) Emily Seymer
                                Courtroom Deputy
```

Date: December 14, 2012

To:
   All Counsel of Record