IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

POWERTRAIN, INC., a Mississippi corporation     PLAINTIFF

v.     CIVIL ACTION NO. 1:11-CV-00105-GHD-DAS

JOYCE MA, individually; and
BEST MACHINERY & ELECTRICAL, INC.     DEFENDANTS

### ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

Presently before the Court is Plaintiff's motion to set aside the entry of default [89] entered against Defendant Best Machinery & Electrical, Inc. ("Best Machinery") on January 23, 2012. Plaintiff requests that the Court set aside the clerk's entry of default and requests that the summons be re-issued for Best Machinery so that Best Machinery may plead or respond to Plaintiff's amended complaint. The Court receives the Motion as both motion and memorandum brief, waiving the requirement under Local Rule 7(b)(4) for the filing of a separate brief in support thereof, and, finding that the Motion is well-taken, the Motion is hereby GRANTED.

SO ORDERED, this, the 11 day of March, 2013.

_____
SENIOR JUDGE