AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| PowerTrain, Inc., a Mississippi Corporation <br> *Plaintiff(s)* <br> v. <br> Joyce Ma, Individually, and Best Machinery & Electrical, Inc. <br> *Defendant(s)* | Civil Action No. 1:11-cv-00105-SA-JAD |

ALIAS **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BEST MACHINERY & ELECTRICLA, INC.
by and through Registered Agent, Lei Zhao
243 Magna Vista Avenue
Arcadia, CA 91007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Duncan Lott
Langston & Lott, P.A.
P.O. Box 382
Booneville, MS 38829

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews,
*CLERK OF COURT*

Date: 3/12/13

_____
*Signature of Clerk or Deputy Clerk*