**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC.                              **NOTICE**

       V.                                   CASE NO.  1:11CV105-GHD-DAS

JOYCE MA, ET AL

_____

    **TAKE NOTICE** that a proceeding in this case is **RESET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| U.S. POST OFFICE & FEDERAL BLDG. ABERDEEN, MS. | 218 |
| | **Date and Time** <br> **January 31, 2014, 10:00 A.M.** |

**Type of Proceeding**

                **FINAL PRETRIAL CONFERENCE**
          **BEFORE U.S.MAGISTRATE JUDGE DAVID A. SANDERS**

                                                    **DAVID CREWS**
                                                   **Clerk of Court**

                                                   /s/ Emily Seymer
                                                  (BY) Emily Seymer
                                                     Courtroom Deputy

Date:    April 2, 2013

To:
       All Counsel of Record