

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

| | |
|---|---|
| 301 West Commerce Street, Suite 232<br>Post Office Box 704<br>Aberdeen, MS   39730 | 911 Jackson Avenue, Suite 369<br>Oxford, MS   38655<br>Telephone: (662) 234-1971<br>Facsimile: (662) 236-5210 |
| Telephone:   (662) 369-4952<br>Facsimile: (662) 369-9569 | 305 Main Street, Suite 329<br>Post Office Box 190<br>Greenville, MS   38701 |

April 15, 2013

Powertrain, Inc.
A Mississippi Corporation
v.                                                                                    Case No. 1:11CV105-D-S

Joyce Ma., et al

     **PLEASE TAKE NOTICE** that the court file does not show that a summons has been served on the following party(ies):

     Best Machinery & Electrical, Inc.
     (Summons issued 3/12/2013)


     DAVID CREWS, CLERK

     By:     s/ Debi Houston
           Deputy Clerk/Case Manager