IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

POWERTRAIN, INC., A MISSISSIPPI
CORPORATION                                                                        PLAINTIFF

VS.                                        CIVIL ACTION NO. 1:11CV105-GHD-DAS

JOYCE MA, INDIVUIDALLY, AND
BEST MACHINERY & ELECTRICAL, INC.                          DEFENDANT

## MOTION FOR ADDITIONAL TIME TO PERFECT SERVICE

**COMES NOW** the Plaintiff, PowerTrain, Inc., and files this motion for additional time to perfect service of process on the Defendant, Lei Zhao, as Registered Agent for Best Machinery & Electrical,Inc., and in support thereof would show unto the Court as follows:

1. Plaintiff filed its Amended Complaint on January 22, 2013 and attempted to serve the defendant via process server shortly thereafter.

2. Unfortunately, Plaintiff has not been able to locate the Defendant and Plaintiff respectfully request the Court entered an order extending the time for service.

3. Rule4(m) of the Federal Rules of Civil Procedure provides the Court must extend the time for service for an appropriate time.

4. Plaintiff would show process servers in California indicate the Defendant's agent is evading process and other means to find said Registered Agent for Defendant has had to be taken. Accordingly, this Court should, for good cause shown, extend the time for service for an additional 120 days or such other period of time as the court deems appropriate.

{CH2834.DOC}

        Respectfully Submitted,

        */s/ Duncan L. Lott*
        Duncan Lott, MBN 1431
        Attorney for the Plaintiff

**LANGSTON & LOTT, P.A.**
Post Office Box 382
100 South Main Street
Booneville, MS 38829
Telephone: (662) 728-9733
Facsimile: (662) 728-1992
Email: dlott@langstonlott.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2013, I electronically filed the foregoing *Motion for Additional Time to Perfect Service* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>   Jeffery M. Navarro, Esq.
>   jeffnavarro53@att.net
>   P. O. Box 162
>   Amory, MS  38821
>
>   William R. Wheeler, Jr., Esq.
>   wwheeler@wheelerfrankslaw.com
>   Wheeler & Franks Law Firm, P.C.
>   P. O. Box 681
>   Tupelo, MS  38804

Dated, this the 6th day of May, 2013.

>   */s/ Duncan L. Lott*
>   **DUNCAN L. LOTT**

{CH2834.DOC}