UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

POWERTRAIN, INC.                            PLAINTIFF/COUNTER-DEFENDANT

V.                            CIVIL ACTION NO.1:11CV105-GHD-DAS

JOYCE MA                            DEFENDANT/COUNTER-PLAINTIFF

V.

WILLIAM H. SHAWN, et al.                            THIRD PARTY DEFENDANS

## ORDER GRANTING MOTION IN PART

The court finds that the plaintiff's motion for an extension of time for service of process (# 94) should be granted, but not to the extent requested. The plaintiff is granted until June 19, 2013 in which to perfect process on Best Machinery & Electrical, Inc. This case is set for a telephonic status conference on the 20th day of June , 2013 at 9:30 a.m. Plaintiff's counsel shall initiate the conference call.

SO ORDERED this the 20th day of May, 2013.

                                                         /s/ David A. Sanders
                                                         U. S. MAGISTRATE JUDGE