# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**POWERTRAIN, INC., A MISSISSIPPI**
**CORPORATION** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 1:11CV105-GHD-DAS**

**JOYCE MA, INDIVUIDALLY, AND**
**BEST MACHINERY & ELECTRICAL, INC.** **DEFENDANT**

## ORDER GRANTING ADDITIONAL TIME TO PERFECT SERVICE

**CAME ON** this day on Plaintiff's Motion for Additional Time to Perfect Service, pursuant to Rule 6(b) of the Mississippi Rules of Civil Procedure, and the Court hereby finds that said motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUGED** that the Plaintiff is granted an additional sixty (60) days to perfect service of process on the Defendant, Best Machinery & Electrical, Inc. through it's registered agent, Lei Zhao, based on good cause shown.

**SO ORDERED** this the 20th day of June, 2013.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

{CH3653.DOC}