**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**POWERTRAIN, INC., A MISSISSIPPI
CORPORATION**                                                                      **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 1:11CV105-GHD-DAS**

**JOYCE MA, INDIVUIDALLY, AND
BEST MACHINERY & ELECTRICAL, INC.**                            **DEFENDANT**

**ORDER**

CAME ON Motion of Plaintiff, PowerTrain, Inc., pursuant to CAL. CORP. CODE, Section 1702, to substitute service of process through the Secretary of State's office upon Best Machinery and Electrical, Inc., and agent for service, Lei Zaho, and the Court, after being advised in the premises directs that process may be issued through the California Secretary of State's office pursuant to CAL. CORP. CODE Section 1702 with a copy of this Order hand delivered to the Secretary of State's office in Sacramento, California as substitute process upon Best Machinery and Electrical, Inc. and agent for process, Lei Zhao, with a copy of process (Summons and Complaint), a copy of this Order permitting service and the statutory fee.

SO ORDERED this the 10th day of July, 2013.

                                                                        /s/ David A. Sanders
                                                                        UNITED STATES MAGISTRATE JUDGE