AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

|  |  |  |
|---|---|---|
| PowerTrain, Inc., a Mississippi Corporation | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:11-cv-00105-SA-JAD |
| | ) ) | |
| Joyce Ma, Individually, and Best Machinery & Electrical, Inc. | ) ) | |
| *Defendant(s)* | ) | |

**ALIAS** SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BEST MACHINERY & ELECTRICLA, INC.
by and through Registered Agent, Lei Zhao
243 Magna Vista Avenue
Arcadia, CA 91007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Duncan Lott
Langston & Lott, P.A.
P.O. Box 382
Booneville, MS 38829

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews,
*CLERK OF COURT*

Date: 3/12/13

*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney:<br>LANGSTON & LOTT, P.A.<br>P.O. BOX 382<br>BOONEVILLE, MS 38829 | For Court Use Only |
|---|---|
| Telephone No: 662-728-9733  FAX: No: 662-728-1992 | |
| | Ref. No or File No.: |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of Mississippi | |
| Plaintiff: POWERTRAIN, INC., et al. | |
| Defendant: JOYCE MA, et al. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:11-CV-00105-SA-JAD |
|---|---|---|---|---|

1. I, AARON DANIEL, and any employee or independent contractors retained by D&T LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BEST MACHINERY & ELECTRICAL, INC. -
LEI ZHAO, AGENT FOR SERVICE as follows:

2. Documents:   -; ALIAS SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 03/28/13 | 11:04am | Home | NO ANSWER. NO ACTIVITY. THERE IS ALSO AN EAST MAGNA VISA AVENUE. Attempt made by: GEORGE SANCHEZ, Registration #1876 Los Angeles County. Attempt at: 243 W. MAGNA VISTA AVENUE ARCADIA, CA 91007. |
| Thu | 03/28/13 | 11:17am | Home | PER THE AGENT'S SON, HE IS NOT IN AT THIS TIME. NO ONE HERE IS AUTHORIZED TO ACCEPT. Attempt made by: GEORGE SANCHEZ, Registration #1876 Los Angeles County. Attempt at: 243 W. MAGNA VISTA AVENUE ARCADIA, CA 91007. |
| Sat | 03/30/13 | 6:50pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: GEORGE SANCHEZ, Registration #1876 Los Angeles County. Attempt at: 243 W. MAGNA VISTA AVENUE ARCADIA, CA 91007. |
| Tue | 04/02/13 | 7:18am | Home | NO ANSWER. NO ACTIVITY. Attempt made by: GEORGE SANCHEZ, Registration #1876 Los Angeles County. Attempt at: 243 W. MAGNA VISTA AVENUE ARCADIA, CA 91007. |
| Fri | 04/05/13 | 12:20pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: GEORGE SANCHEZ, Registration #1876 Los Angeles County. Attempt at: 243 W. MAGNA VISTA AVENUE ARCADIA, CA 91007. |

Page Number 1

Date: Mon, Jul. 15, 2013        AFFIDAVIT OF REASONABLE DILIGENCE        langston.21504

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>LANGSTON & LOTT, P.A.<br>P.O. BOX 382<br>BOONEVILLE, MS 38829 | *For Court Use Only* |
| *Telephone No:* 662-728-9733  *FAX No:* 662-728-1992 | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Northern District Of Mississippi | |
| *Plaintiff:* POWERTRAIN, INC., et al. | |
| *Defendant:* JOYCE MA, et al. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 1:11-CV-00105-SA-JAD |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 04/08/13 | 8:20pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: GEORGE SANCHEZ, Registration #1876 Los Angeles County. Attempt at: 243 W. MAGNA VISTA AVENUE  ARCADIA, CA 91007. |
| Thu | 04/11/13 | 6:30am | Home | NO ANSWER. NO ACTIVITY. Attempt made by: GEORGE SANCHEZ, Registration #1876 Los Angeles County. Attempt at: 243 W. MAGNA VISTA AVENUE  ARCADIA, CA 91007. |
| Sun | 04/14/13 | 3:15pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: GEORGE SANCHEZ, Registration #1876 Los Angeles County. Attempt at: 243 W. MAGNA VISTA AVENUE  ARCADIA, CA 91007. |
| Wed | 04/17/13 | 8:20pm | Home | NO ANSWER. LIGHTS ON INSIDE THE HOME. Attempt made by: GEORGE SANCHEZ, Registration #1876 Los Angeles County. Attempt at: 243 W. MAGNA VISTA AVENUE  ARCADIA, CA 91007. |
| Sat | 04/20/13 | 9:00am | Home | NO ANSWER. I WAS ABLE TO HEAR PEOPLE TALKING INSIDE THE RESIDENCE. Attempt made by: GEORGE SANCHEZ, Registration #1876 Los Angeles County. Attempt at: 243 W. MAGNA VISTA AVENUE  ARCADIA, CA 91007. |
| Tue | 04/23/13 | 9:20pm | Home | NO ANSWER. LIGHTS ON INSIDE THE RESIDENCE. Attempt made by: GEORGE SANCHEZ, Registration #1876 Los Angeles County. Attempt at: 243 W. MAGNA VISTA AVENUE  ARCADIA, CA 91007. |
| Sat | 04/27/13 | 8:13am | Home | NO ANSWER. NO ACTIVITY. Attempt made by: GEORGE SANCHEZ, Registration #1876 Los Angeles County. Attempt at: 243 W. MAGNA VISTA AVENUE  ARCADIA, CA 91007. |

| Attorney or Party without Attorney:<br>LANGSTON & LOTT, P.A.<br>P.O. BOX 382<br>BOONEVILLE, MS 38829 | For Court Use Only |
|---|---|
| Telephone No: 662-728-9733  FAX: No: 662-728-1992<br>Ref. No or File No.:<br>Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of Mississippi | |
| Plaintiff: POWERTRAIN, INC., et al. | |
| Defendant: JOYCE MA, et al. | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** Hearing Date: Time: Dept/Div: Case Number: 1:11-CV-00105-SA-JAD | |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 04/30/13 | 11:30am | Home | NO ANSWER. NO ACTIVITY. Attempt made by: GEORGE SANCHEZ, Registration #1876 Los Angeles County. Attempt at: 243 W. MAGNA VISTA AVENUE ARCADIA, CA 91007. |
| Wed | 05/08/13 | 8:00am | Business | THERE IS NO SUCH STREET NUMBER ON THIS STREET. Attempt made by: CRUZ GONZALEZ, Registration #3415 Los Angeles County. Attempt at: CHAMPION POWER EQUIPMENT 1006 SANTA FE SPRINGS ROAD Santa Fe Springs, CA 90670. |
| Wed | 05/22/13 | 12:10pm | Business | THE AGENT FOR SERVICE DOES WORK HERE BUT IS OUT UNTIL NEXT WEEK. NO OTHER INFORMATION GIVEN. Attempt made by: CRUZ GONZALEZ, Registration #3415 Los Angeles County. Attempt at: CHAMPION POWER EQUIPMENT 10006 SANTA FE SPRINGS ROAD Santa Fe Springs, CA 90670. |
| Thu | 05/30/13 | 12:45pm | Business | THE AGENT FOR SERVICE IS NOT IN AT THIS TIME. NO OTHER INFORMATION GIVEN. Attempt made by: CRUZ GONZALEZ, Registration #3415 Los Angeles County. Attempt at: CHAMPION POWER EQUIPMENT 10006 SANTA FE SPRINGS ROAD Santa Fe Springs, CA 90670. |
| Fri | 05/31/13 | 3:15pm | Business | PER THE CFO FOR CHAMPION POWER EQUIPMENT, THE SUBJECT IS NOT IN AT THIS TIME. I DO NOT BELIEVE HER AND DO BELIEVE THE SUBJECT IS EVADING SERVICE. Attempt made by: CRUZ GONZALEZ, Registration #3415 Los Angeles County. Attempt at: CHAMPION POWER EQUIPMENT 10006 SANTA FE SPRINGS ROAD Santa Fe Springs, CA 90670. |
| Mon | 06/03/13 | 12:00pm | | HOLDING FOR FURTHER INSTRUCTIONS Attempt made by: AARON DANIEL. |

| Attorney or Party without Attorney: <br> LANGSTON & LOTT, P.A. <br> P.O. BOX 382 <br> BOONEVILLE, MS 38829 <br><br> Telephone No: 662-728-9733    FAX: No: 662-728-1992 <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Northern District Of Mississippi | |
| Plaintiff: POWERTRAIN, INC., et al. | |
| Defendant: JOYCE MA, et al. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 1:11-CV-00105-SA-JAD |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 07/15/13 | 9:00am | Business | CANCEL AND RETURN TO CLIENT. Attempt at: CHAMPION POWER EQUIPMENT 10006 SANTA FE SPRINGS ROAD  Santa Fe Springs, CA 90670. |
| Mon | 07/15/13 | 5:00pm | Business | Returned Not Served on:   BEST MACHINERY & ELECTRICAL, INC. Business - CHAMPION POWER EQUIPMENT 10006 SANTA FE SPRINGS ROAD Santa Fe Springs, CA 90670 |

3.  Person Executing
   a. AARON  DANIEL
   b. D&T LEGAL SERVICES
      2146 N MAIN STREET, SUITE A, Registration # 792
      P.O. Box 5383
      WALNUT CREEK, CA  94596
   c. (925) 947-1221, FAX (925) 947-1375

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee  for service was: $230.00
e. I am:   (3) registered California process server
           (i)   Independent Contractor
           (ii)  Registration No.:      2010-0001059
           (iii) County:                San Francisco

4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Date: Mon, Jul. 15, 2013

Page Number 4

AFFIDAVIT OF REASONABLE DILIGENCE(AARON  DANIEL)

langston.21504