

# Levy Officer File No 2013025108
## PowerTrain Inc, A Mississippi Corporation vs Joyce Ma, Individually and Best Machinery & Electrical Inc
### United States District Court -
### Court Case 1:11-CV-00105-GHD-DAS

Viewed 8/14/2013 @ 1:42 PM

| Case Information | | Writ Information | | Fee Information | | Collection Information | |
|---|---|---|---|---|---|---|---|
| Estimated Amount To Satisfy | | Original Writ Amount | | Creditor Fees: | | Last Payment Date | |
| Current Daily Interest | | Original Daily Interest | | Deposited | 70.00 | Total Payment Received | |
| Modification | | Writ Expire Date | | Applied | 70.00 | Last Payout Date | |
| Case Status | Active as of 08/07/2013 | Judgment Expire Date | | Available | 0.00 | Actual Mailout Date | |
| Case Manager | Vakarau | Writ Return Date | | Refunded | 0.00 | Total Creditor Payout | |
| Service By Date | | | | Debtor Fees: | | Total Debtor Refund | |
| Court/Hearing Date | | | | Assessed | 0.00 | Estimated Next Payout Date | |

**Attorney:** Langston & Lott P.A, Attorneys at Law, 100 S Main St, Post Office Box 382, Booneville, MS, 38829-3311, (662) 728-9733
**Court Address:** United States District Court -, MS

| Service Detail | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Date Issued | Fee | Party Served | Atmpt | Status | Date Served | Who Signed |
| Alias Summons ($35.00) | 08/07/2013 | 35.00 | Best Machinery & Electrical Inc | 1 | Served | 08/09/2013 1002 | By leaving with Linda Adams, Deputy Secretary of State per policies and procedures per CCP 416.50 |
| Service (Misc) | 08/07/2013 | 35.00 | Best Machinery & Electrical Inc | 1 | Served | 08/09/2013 1002 | By leaving with Linda Adams, Deputy Secretary of State per policies and procedures per CCP 416.50 |