| ATTORNEY (Name and Address): SBN: | FOR COURT USE ONLY |
|---|---|
| Langston & Lott P.A, Attorneys at Law<br>100 S Main St<br>Post Office Box 382<br>Booneville, MS 38829-3311 | |
| E-MAIL: | |
| ATTORNEY FOR: PowerTrain Inc, A Mississippi Corporation | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>United States District Court -<br>, MS<br>For the Northern District of Mississippi | |

| PLAINTIFF:<br>PowerTrain Inc, A Mississippi Corporation | COURT CASE NO.:<br>1:11-CV-00105-GHD-DAS |
|---|---|
| DEFENDANT:<br>Joyce Ma, Individually and Best Machinery & Electrical Inc | |
| **Proof of Service - Summons** | LEVYING OFFICER FILE NO.:<br>2013025108 |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents): **Alias Summons, First Amended Complaint**

3. a. Party served:    **Best Machinery & Electrical Inc**
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):   **By leaving with Linda Adams, Deputy Secretary of State per policies and procedures per CCP 416.50**

4. Address where party was served:   c/o Secretary of State, 1500 11th St
   Sacramento, CA 95814-5701

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 08/09/2013 (2) at: 10:02 AM.

7. Person who served papers:
   a. Name:   **R. Gil**
   b. Address:   **Sheriff's Civil Bureau 3341 Power Inn Road, #313   Sacramento, CA 95826-3889**
   c. Telephone Number:   (916) 875-2665
   d. The fee for service was:   $35.00

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Thursday, August 22, 2013

Sheriff's Authorized Agent
Scott R. Jones, Sheriff

Hearing: <No Information>

Remarks

| ATTORNEY (Name and Address): SBN: | FOR COURT USE ONLY |
|---|---|
| Langston & Lott P.A, Attorneys at Law<br>100 S Main St<br>Post Office Box 382<br>Booneville, MS 38829-3311<br><br>E-MAIL:<br>ATTORNEY FOR: PowerTrain Inc, A Mississippi Corporation | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>United States District Court -<br>, MS<br>For the Northern District of Mississippi | |
| PLAINTIFF:<br>PowerTrain Inc, A Mississippi Corporation | COURT CASE NO.:<br>1:11-CV-00105-GHD-DAS |
| DEFENDANT:<br>Joyce Ma, Individually and Best Machinery & Electrical Inc | |
| **Proof of Service** | LEVYING OFFICER FILE NO.:<br>2013025108 |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents): **Order directing service upon Secretary of State and Check for $50.00**

3. a. Party served: **Best Machinery & Electrical Inc**
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): **By leaving with Linda Adams, Deputy Secretary of State per policies and procedures per CCP 416.50**

4. Address where party was served: **c/o Secretary of State, 1500 11th St Sacramento, CA 95814-5701**

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 08/09/2013 (2) at: 10:02 AM.

7. Person who served papers:
   a. Name: **R. Gil**
   b. Address: **Sheriff's Civil Bureau 3341 Power Inn Road, #313 Sacramento, CA 95826-3889**
   c. Telephone Number: **(916) 875-2665**
   d. The fee for service was: **$35.00**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Thursday, August 22, 2013

Hearing: <No Information>

Sheriff's Authorized Agent
Scott R. Jones, Sheriff

Remarks

Judicial Council form POS-010   Original   0/764800

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| Langston & Lott P.A, Attorneys at Law<br>100 S Main St<br>Post Office Box 382<br>Booneville, MS 38829-3311 | | |
| E-MAIL: | | |
| ATTORNEY FOR: PowerTrain Inc, A Mississippi Corporation | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>United States District Court -<br>, MS<br>For the Northern District of Mississippi | | |

| PLAINTIFF:<br>PowerTrain Inc, A Mississippi Corporation | COURT CASE NO.:<br>1:11-CV-00105-GHD-DAS |
|---|---|
| DEFENDANT:<br>Joyce Ma, Individually and Best Machinery & Electrical Inc | |
| **Proof of Service - Summons** | LEVYING OFFICER FILE NO.:<br>2013025108 |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents): **Alias Summons, First Amended Complaint**

3. a. Party served: **Best Machinery & Electrical Inc**
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): **By leaving with Linda Adams, Deputy Secretary of State per policies and procedures per CCP 416.50**

4. Address where party was served: **c/o Secretary of State, 1500 11th St Sacramento, CA 95814-5701**

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 08/09/2013 (2) at: 10:02 AM.

7. Person who served papers:
   a. Name: **R. Gil**
   b. Address: **Sheriff's Civil Bureau 3341 Power Inn Road, #313 Sacramento, CA 95826-3889**
   c. Telephone Number: **(916) 875-2665**
   d. The fee for service was: **$35.00**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Thursday, August 22, 2013

**ROBERT GIL** 8-23-13
Sheriff's Authorized Agent
Scott R. Jones, Sheriff

Hearing: <No Information>

Remarks

| ATTORNEY (Name and Address): SBN: | FOR COURT USE ONLY |
|---|---|
| Langston & Lott P.A, Attorneys at Law<br>100 S Main St<br>Post Office Box 382<br>Booneville, MS 38829-3311 | |

E-MAIL:
ATTORNEY FOR: **PowerTrain Inc, A Mississippi Corporation**

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:
**United States District Court -**
**, MS**
**For the Northern District of Mississippi**

| PLAINTIFF:<br>PowerTrain Inc, A Mississippi Corporation | COURT CASE NO.:<br>**1:11-CV-00105-GHD-DAS** |
|---|---|
| DEFENDANT:<br>Joyce Ma, Individually and Best Machinery & Electrical Inc | |
| **Proof of Service** | LEVYING OFFICER FILE NO.:<br>2013025108 |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents): **Order directing service upon Secretary of State and Check for $50.00**

3. a. Party served: **Best Machinery & Electrical Inc**
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): **By leaving with Linda Adams, Deputy Secretary of State per policies and procedures per CCP 416.50**

4. Address where party was served: **c/o Secretary of State, 1500 11th St Sacramento, CA 95814-5701**

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 08/09/2013 (2) at: 10:02 AM.

7. Person who served papers:
   a. Name: **R. Gil**
   b. Address: **Sheriff's Civil Bureau 3341 Power Inn Road, #313 Sacramento, CA 95826-3889**
   c. Telephone Number: **(916) 875-2665**
   d. The fee for service was: **$35.00**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Thursday, August 22, 2013

Hearing: <No Information>

Remarks

**ROBERT GIL** 8-23-13
Sheriff's Authorized Agent
Scott R. Jones, Sheriff

Judicial Council form POS-010    Attorney/Plaintiff    0/764800