

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

301 West Commerce Street, Suite 232
Post Office Box 704
Aberdeen, MS 39730

Telephone: (662) 369-4952
Facsimile: (662) 369-9569

911 Jackson Avenue, Suite 369
Oxford, MS 38655
Telephone: (662) 234-1971
Facsimile: (662) 236-5210

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS 38701

September 4, 2013

Powertrain, Inc.

v.  Case No. 1:11cv105-GHD-DAS

Joyce Ma, et al

    **PLEASE TAKE NOTICE** that the following party(ies) are in default and Entry of Default should be requested pursuant to Rule 55 of the Federal Rules of Civil Procedure:

    Bets Machinery & Electrical, Inc.

**Failure to request Entry of Default may result in a party of case being dismissed without prejudice for failure to prosecute.**

DAVID CREWS, CLERK

By:     s/ Jennifer L. Malone
        Deputy Clerk/Case Manager