IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC.,
*a Mississippi corporation*       Plaintiff

vs.             CASE NO.:1:11CV105-GHD-DAS

JOYCE MA, *individually,* and
BEST MACHINERY & ELECTRICAL, INC.       Defendants

## CLERK'S ENTRY OF DEFAULT

Request having been made by Powertrain, Inc., a Mississippi Corporation for entry of default against defendant Best Machinery & Electrical, Inc.**,** and it appearing that said defendant has failed to plead or otherwise defend the claim of Powertrain, Inc., a Mississippi corporation as provided by the Federal Rules of Civil Procedure, the Clerk of the Court hereby enters default against defendant Best Machinery & Electrical, Inc.

This, the 6th day of September 2013.

DAVID CREWS, CLERK

By:   /s/ Raye Long
       Raye Long, Deputy Clerk