**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Jeffery M. Navarro, Esq.
jeffnavarro53@att.net
P. O. Box 162
Amory, MS 38821

and mailed by U.S. mail, postage prepaid to the following:

Best Machinery & Electrical, Inc.
243 Magna Vista Avenue
Arcadia, CA 91007

This the 9th day of September, 2013.

                                               */s/ Duncan Lott*
                                               DUNCAN L. LOTT, MBN 1431