

**DEBRA BOWEN** | SECRETARY OF STATE | STATE OF CALIFORNIA
**BUSINESS PROGRAMS** | BUSINESS ENTITIES
1500 11th Street, 3rd floor | Sacramento, CA 95814 | Tel (916) 657-5448 | www.sos.ca.gov

RECEIVED
SEP 30 2013
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

September 23, 2013

**FILED**

SEP 30 2013

DAVID CREWS, CLERK
By 
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
P.O. BOX 704
ABERDEEN, MISSISSIPPI 39730

Re:   POWERTRAIN, INC. vs. JOYCE MA and BEST MACHINERY & ELECTRICAL, INC., United States District Court, Northern District of Mississippi, Aberdeen Division, Case No. 1:11CV105-GHD-DAS

We have received in this office by mail a Clerk's Entry of Default indicating an effort to communicate to Best Machinery & Electrical, Inc., a dissolved corporation through the California Secretary of State. The Secretary of State is not the agent for service for the corporation and there is no statutory authority in the California Corporations Code or the Code of Civil Procedure to present the entry either directly to the Secretary of State or for forwarding to the corporation. We are therefore, returning your submittal without further action.

Should you have any questions please call the undersigned.

Jana Castro
Deputy Secretary of State
(916) 651-9112

Encls.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC.,
*a Mississippi corporation*          Plaintiff

vs.                                        CASE NO.:1:11CV105-GHD-DAS

JOYCE MA, *individually,* and
BEST MACHINERY & ELECTRICAL, INC.                Defendants

### CLERK'S ENTRY OF DEFAULT

Request having been made by Powertrain, Inc., a Mississippi Corporation for entry of default against defendant Best Machinery & Electrical, Inc., and it appearing that said defendant has failed to plead or otherwise defend the claim of Powertrain, Inc., a Mississippi corporation as provided by the Federal Rules of Civil Procedure, the Clerk of the Court hereby enters default against defendant Best Machinery & Electrical, Inc.

This, the 6th day of September 2013.

DAVID CREWS, CLERK

By:    /s/ Raye Long
        Raye Long, Deputy Clerk