IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC., a Mississippi corporation                               PLAINTIFF

v.                                              CIVIL ACTION NO. 1:11-CV-00105-GHD-DAS

JOYCE MA, individually; and
BEST MACHINERY & ELECTRICAL, INC.                                    DEFENDANTS

ORDER

Subsequent to the Court's receipt of the remark letter from the California Secretary of State pertaining to service of process on Defendant Best Machinery & Electrical, Inc. [113], the Court questions the validity of the service of process on Defendant Best Machinery & Electrical, Inc., and accordingly, questions its *in personam* jurisdiction as to Defendant Best Machinery & Electrical, Inc. Therefore, the Court grants the Plaintiff fifteen (15) days from the date hereof to demonstrate the validity of its service of process on Defendant Best Machinery & Electrical, Inc.

The Court also ORDERS that the writ of inquiry hearing presently set for October 21, 2013 at 1:30 p.m. in Aberdeen, Mississippi is continued until further order of the Court.

It is SO ORDERED, this, the 8th day of October, 2013.

/s/ Glen H. Davidson
SENIOR JUDGE