IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC., a Mississippi corporationPLAINTIFF

v.CIVIL ACTION NO. 1:11-CV-00105-GHD-DAS

JOYCE MA, individually; and
BEST MACHINERY & ELECTRICAL, INC.DEFENDANTS

ORDER CONCERNING
SERVICE OF PROCESS ON DEFENDANT BEST MACHINERY & ELECTRICAL, INC.

Pursuant to an opinion issued this day, the Court finds that Plaintiff PowerTrain, Inc. has perfected service of process on Defendant Best Machinery & Electrical, Inc. The writ of inquiry hearing concerning Plaintiff PowerTrain Inc.'s motion for default judgment [109] against Defendant Best Machinery & Electrical, Inc. will be reset by further order of the Court.

SO ORDERED, this, the 24th day of October, 2013.

_____
SENIOR JUDGE