*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC.
*a Mississippi corporation*      Plaintiff      **NOTICE**

V.      CASE NO. 1:11CV105-GHD-DAS

JOYCE MA
*individually, et al.*      Defendants

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

---

**Place**
U. S. POST OFFICE & FEDERAL BLDG.
ABERDEEN, MS

**Room No.**
COURTROOM NO. 2
**Date and Time**
NOVEMBER 20, 2013, 1:30 P.M.

---

**Type of Proceeding**      **HEARING - WRIT OF INQUIRY
re BEST MACHINERY & ELECTRICAL, INC.
DEFAULT JUDGMENT**

---

DAVID CREWS, Clerk of Court

    /s/ Raye Long
(BY) Raye Long - Courtroom Deputy

Date: November 4, 2013

By NEF to: Counsel of record

**CONTACT RAYE LONG AT 662/369-4952 IF YOU HAVE ANY QUESTIONS.**