UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

## CIVIL MINUTES - GENERAL

**Case No. 1:11CV105-GHD-DAS**　　　　　　　　　　　**Place Held: ABERDEEN**

**Style:** POWERTRAIN, INC. v JOYCE MA, *et al.*

**Date & Time Began:**　　　11/20/13, 1:35 p.m.

**Date & Time Ended:**　　　11/20/13, 1:46 p.m.

**Total Time: 11 min**

---

**PRESENT:**

**HONORABLE GLEN H. DAVIDSON, SENIOR JUDGE**

| | |
|---|---|
| Raye Long | Phyllis McLarty |
| Courtroom Deputy Clerk | Official Court Reporter |

**Attorney(s) for Plaintiff(s):**　　　　**Attorney(s) for Defendant(s):**
Duncan L. Lott　　　　　　　　　　　　No appearance
Booneville, MS

**PROCEEDINGS:** HEARING - WRIT OF INQUIRY *re* Best Machinery & Electrical, Inc.

---

**DOCKET ENTRY:**
Hearing on writ of inquiry held. No appearance by defendant Best Machinery & Electrical, Inc. Default judgment to be entered.

---

　　　　　　　　　　　　　　　　　　　　　　　　**DAVID CREWS, CLERK**

　　　　　　　　　　　　　　　　　　　　　　By:　/s/ Raye Long
　　　　　　　　　　　　　　　　　　　　　　　　Raye Long, Courtroom Deputy