# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

## WITNESS LIST
## HEARING ON WRIT OF INQUIRY

POWERTRAIN, INC. v BEST ELECTRICAL        NO. 1:11CV105-GHD-DAS

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| 1  Oneal Wood | None. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |

Plaintiff(s) Rest   11/20/13, 1:45 p.m.        Defendant(s) Rest

**PLAINTIFF(S) REBUTTAL**

1  None.
2
3

Rebuttal Rests