# *United States District Court*

———————————— *Northern District of Mississippi* ————————————
*ABERDEEN DIVISION*

| | |
|---|---|
| *POWERTRAIN, INC.*<br>*v*<br><br>*BEST MACHINERY & ELECTRICAL, INC.* | *Exhibit and Witness List*<br>*CASE NO. 1:11CV105-GHD-DAS* |

| Presiding Judge<br>*GLEN H. DAVIDSON* | *Plaintiff's Attorneys -*<br>*Duncan L. Lott* | *Defendant's Attorneys -* |
|---|---|---|
| *Hearing Date(s)* 11/20/13 | *Court Reporter:*<br>*Phyllis McLarty* | *Courtroom Deputy*<br>*Raye Long* |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS★ AND WITNESSES |
|---|---|---|---|---|---|
| *1* | | *11/20/13* | *X* | *X* | *Consent Decree USDC District of District of Columbia * Oneal Wood* |
| *2* | | *"* | *X* | *X* | *Powertrain, et al. Golden, MS - Butte County Air Quality Management District Wood Burning Device Change-out-Work Plan * Oneal Wood* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |