IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC., a Mississippi corporation                      PLAINTIFF

v.                                 CIVIL ACTION NO. 1:11-CV-00105-GHD-DAS

JOYCE MA, individually; and
BEST MACHINERY & ELECTRICAL, INC.                      DEFENDANTS

## DEFAULT JUDGMENT AS TO DEFENDANT BEST MACHINERY & ELECTRICAL, INC.

On May 3, 2011, Plaintiff Powertrain, Inc. initiated this case against Defendants Joyce Ma and Best Machinery & Electrical, Inc. On January 22, 2013, Plaintiff Powertrain, Inc. filed an amended complaint [83]. Service of process was perfected on Defendant Best Machinery & Electrical, Inc. on August 19, 2013, pursuant to applicable law. On September 6, 2013, the Clerk for the United States District Court for the Northern District of Mississippi entered default. Subsequently, this Court, pursuant to its Order of October 8, 2013, questioned its personal jurisdiction after receipt of a remark letter from the Secretary of State of the State of California. On October 25, 2013, this Court by memorandum opinion [118] and Order [117] held that service of process on Best Machinery & Electrical, Inc. had been perfected pursuant to law. The Court set a writ of inquiry hearing for November 20, 2013, and heard evidence and received exhibits relative to Plaintiff Powertrain, Inc.'s damages.

The Court is of the opinion that Plaintiff Powertrain, Inc. is entitled to judgment by default against the corporate Defendant Best Machinery & Electrical, Inc.

THEREFORE, the Court hereby enters judgment in the amount of $2,600,000.00 together with interest to accrue at the current federal rate of 0.13% against Defendant Best Machinery & Electrical, Inc. from the date of this Judgment until paid in full.

This Judgment pertains to the corporate Defendant Best Machinery & Electrical, Inc. only, and litigation against the individual Defendant Joyce Ma remains on the Court's docket.

It is SO ORDERED AND ADJUDGED, this, the 20th day of November, 2013.

_____
SENIOR JUDGE