**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| **POWERTRAIN, INC., A MISSISSIPPI CORPORATION** | **PLAINTIFF/COUNTER- DEFENDANT** |
| VS. | CIVIL ACTION NO. 1:11-cv-000105-GHD-DAS |
| **JOYCE MA, INDVUALLY, AND BEST MACHINERY & ELECTRICAL, INC.** | **DEFENDANTS/COUNTER- PLAINTIFFS/THIRD- PARTY PLAINTIFFS** |
| VS. | |
| **WILLIAM H. SHAWN, An Individual, and SHAWNCOULSON, LLP, a Washington, DC Limited Liability Partnership** | **THIRD-PARTY DEFENDANTS** |

**MOTION TO SET FRCP
<u>RULE 16 PRETRIAL CONFERENCE</u>**

COMES NOW the Plaintiff, PowerTrain, Inc., by and through its attorney and moves this Court to set a Pretrial/Scheduling Conference pursuant to FRCP Rule 16(a)(b and (c) of said rule.

I.

Plaintiff would show the parties have conducted discovery in this cause as to Plaintiff's Complaint against Defendant, Ma, and Ma's Counter-Claim against PowerTrain.

II.

Plaintiff would show this Court entered an Order Denying Third-Party Defendants' Motion to Dismiss on September 24, 2013 (Doc. 111).

III.

Plaintiff would state earlier estimates by the parties concerning discovery and deadlines are unrealistic in view of the voluminous nature of documents the Plaintiff has produced to the

Defendant, Ma, and the new nature of the Third-Party Defendant, Shawn's, presence in this litigation.

      WHEREFORE PREMISES CONSIDERED, Plaintiff, PowerTrain, Inc. moves this Court to schedule a Rule 16 Pretrial Conference to address scheduling issues and matters for consideration pursuant to Rule 16.

                                      Respectfully submitted,

                                      **POWERTRAIN, INC.**

                                        /s/ Duncan Lott
                                    DUNCAN L. LOTT, MBN 1431
                                    Attorney for the Plaintiff

**LANGSTON & LOTT, P.A.**
100 South Main Street
Post Office Box 382
Booneville, MS  38829-0382
Telephone:  (662) 728-9733
Facsimile:   (662) 728-1992

## **CERTIFICATE OF SERVICE**

I, Duncan L. Lott, Counsel for the Plaintiff, do hereby certify that I have this day served a true and correct copy of the above and foregoing **Motion to Set FRCP Rule 16 Pretrial Conference** on Counsel of Record for the Defendant, by placing said copy in the United States Mail, postage prepaid, addressed to them at his usual post office addresses as follows:

    Jeffery M. Navarro, Esq.
    jeffnavarro53@att.net
    P. O. Box 162
    Amory, MS  38821

    William R. Wheeler, Jr., Esq.
    wwheeler@wheelerfrankslaw.com
    Wheeler & Franks Law Firm, P.C.
    P. O. Box 681
    Tupelo, MS  38804

This the 25th day of November, 2013.

                                        /s/  Duncan Lott_____
                              **DUNCAN L. LOTT**