## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**POWERTRAIN, INC., A MISSISSIPPI**
**CORPORATION**                                                              **PLAINTIFF**

**v.**                    **CAUSE NO.: 1:11-cv-00105-GHD-DAS**

**JOYCE MA, INDIVIDUALLY, AND**
**BEST MACHINERY & ELECTRICAL, INC.**         **DEFENDANTS**


**JOYCE MA, INDIVIDUALLY**                          **THIRD PARTY**
                                                                            **PLAINTIFF**

**v.**

**WILLIAM H. SHAWN, AND**
**SHAWNCOULSON, LLP**                                           **THIRD PARTY**
                                                                         **DEFENDANTS**

      Notice is hereby given that I have this date served a true and exact copy of the following documents on Defendant:

1. Plaintiff's Reponses to Defendant Joyce Ma's Request for Production to Plaintiff, PowerTrain, Inc.

      This the 6th day of December, 2013.

                                                                  Respectfully submitted,

                                                                  **POWERTRAIN, INC.**

                                                                  */s/ Duncan Lott*
                                                                  DUNCAN L. LOTT, MBN 1431
                                                                  Attorney for the Plaintiff

**LANGSTON & LOTT, P.A.**
100 South Main Street
Post Office Box 382
Booneville, MS 38829-0382
Telephone: (662) 728-9733
Facsimile: (662) 728-1992

## **CERTIFICATE OF SERVICE**

I, Duncan L. Lott, Counsel for the Plaintiff, do hereby certify that I have this day served a true and correct copy of the above and foregoing *Notice of Service* on Counsel of Record for the Defendant, by placing said copy in the United States Mail, postage prepaid, addressed to them at his usual post office addresses as follows:

> Jeffery M. Navarro, Esq.
> jeffnavarro53@att.net
> P. O. Box 162
> Amory, MS  38821
>
> William R. Wheeler, Jr. Esq.
> Wheeler & Franks Law Firm, P.C.
> P. O. Box 681
> Tupelo, MS  38804

This the 6th day of December, 2012.

 ____*/s/ Duncan Lott*_____
**DUNCAN L. LOTT**