UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

POWERTRAIN, INC.                                    PLAINTIFF/COUNTER-DEFENDANT


V.                                                   CIVIL ACTION NO.1:11CV105-GHD-DAS

JOYCE MA                                              DEFENDANT/COUNTER-PLAINTIFF

V.

WILLIAM H. SHAWN, et al.                                 THIRD-PARTY DEFENDANTS

<u>ORDER</u>

This matter came on for a telephonic status conference.  The third-party defendant's

motion *ore tenus* for leave to file its complaint against the lawyers/firms that allegedly

represented the defendant, Ma, in the underlying Powertrain action, is granted.  This fourth-party

complaint shall be filed within fourteen days of this order and the proposed fourth-party

defendants shall be served within twenty-eight days of this order.

This matter is set for a telephonic case management conference on January 30, 2014 at

9:00 a.m.  The plaintiff shall initiate the conference.  A copy of this order shall be served with

the fourth-party complaint.

SO ORDERED this the 16th  day of December, 2013.




/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

1