IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Civil Minutes - General

Case No. 1:11CV105-GHD-DAS        Held Aberdeen

Style Powertrain, Inc. V. MA, et al

Date & Time Begun 12/16/2013 10AM  Date & Time Ended 12/16/2013 10:15AM

Total Time 15 Minutes

PRESENT:
    Honorable David A. Sanders, Magistrate

_____        _____
Deputy Clerk                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS     ATTORNEYS PRESENT FOR DEFENDANTS

  Duncan L. Lott                       Jeffery Navarro

PROCEEDINGS: Telephonic Status Conference

Docket Entry: Telephonic Status Conference held

                            DAVID CREWS, CLERK

                            By: /s/ Emily Seymer
                                Deputy Clerk