**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| POWERTRAIN, INC., a Mississippi Corporation, <br><br> Plaintiff <br><br> v. <br><br> JOYCE MA, an Individual, and <br><br> BEST MACHINERY & ELECTRICAL, INC., a dissolved California Corporation <br><br> Defendants and Third Party Plaintiffs <br><br> v. <br><br> WILLIAM H. SHAWN, an Individual, and <br><br> SHAWNCOULSON, LLP, a Washington, DC Limited Liability Partnership <br><br> Third Party Defendants | Case No. 1:11-cv-00105-GHD-DAS |

**THIRD PARTY DEFENDANTS' MOTION TO EXTEND TIME TO FILE FOURTH
PARTY COMPLAINT AND BRIEF IN SUPPORT OF MOTION**

COME NOW Third Party Defendants William H. Shawn and ShawnCoulson, LLP (collectively "Third Party Defendants") and, by counsel, respectfully submit their Motion to Extend Time to file Fourth Party Complaint. In support of their position, Third Party Defendants aver:

1. Magistrate Judge David A. Sanders presided at a telephonic status conference on December 16, 2013. Also present at the telephonic status conference were Plaintiff's counsel, Defendants' Counsel, and William H. Shawn, a Third Party Defendant.

2. Shortly after the telephonic status conference, Magistrate Judge Sanders issued an Order, which, in part, ordered:

> The third-party defendant's motion *ore tenus* for leave to file its complaint against the lawyers/firms that allegedly represented the defendant, Ma, in the underlying Powertrain action, is granted. This fourth-party complaint shall be filed within fourteen days of this order and the proposed fourth-party defendants shall be served within twenty-eight days of this order.

3. Third Party Defendants never received a copy of Magistrate Judge Sanders' Order and were unaware of any such dates set in the telephonic status conference.

4. Third Party Defendants and their Counsel, by this Motion, request an Order to Extend Time to File a Fourth Party Complaint, until January 20, 2014.

**WHEREFORE,** Third Party Defendants respectfully request their motion be granted, and that this Court grant such other and further relief as it may find just and necessary. A Proposed form of order is attached.

DATE: January 7, 2014

    Respectfully submitted,

    /s/William R. Wheeler, Jr.

    William R. Wheeler, Jr., Esq.
    MBN 10848
    Wheeler & Franks Law Firm, P.C.
    114 South Broadway

P.O. Box 681
Tupelo, MS  38804
wwheeler@wheelerfrankslaw.com
T (662) 842-0380
F (662) 842-7491

Attorney for Third Party Defendants
William H. Shawn and ShawnCoulson, LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January, 2014, I served a copy of the forgoing on all counsel of record via ecf.

Jeffery M. Navarro
P.O. Box 162
Amory, MS 38821
jeffnavarro53@att.net
T 662.256.3706
Attorney for Defendant/Third Party Plaintiff
Joyce Ma

Duncan L. Lott
Langston & Lott, P.A.
100 South Main St.
P.O. Box 382
Booneville, MS 38829
dlott@langstonlott.com
T 662.728.9733
Attorney for Plaintiff PowerTrain, Inc.

**/s/William R. Wheeler, Jr.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| POWERTRAIN, INC., )<br> a Mississippi Corporation, )<br> )<br> Plaintiff )<br> )<br>v. )<br> )<br>JOYCE MA, an Individual, and )<br> )<br>BEST MACHINERY & )<br>ELECTRICAL, INC., )<br> a dissolved California Corporation )<br> )<br> Defendants )<br> )<br>v. )<br> )<br>WILLIAM H. SHAWN, an Individual, and )<br> )<br>SHAWNCOULSON, LLP, )<br> a Washington, DC Limited Liability )<br> Partnership )<br> )<br>Third Party Defendants )<br> ) | Case No. 1:11-cv-00105-GHD-DAS |

**ORDER GRANTING THIRD PARTY DEFENDANTS' MOTION TO EXTEND TIME
TO FILE FOURTH PARTY COMPLAINT**

Having considered the Third Party Defendants' Motion to Extend Time to File Fourth Party Complaint, the Court finds that Third Party Defendants' motion has merit and grants the Motion to Extend Time to File Fourth Party Complaint.

THEREFORE, this____day of January, 2014, it is hereby ORDERED that Third Party Defendants' Motion is GRANTED; and

Third Party Defendants have until January 20, 2014, to file their Fourth Party Complaint and the proposed fourth party Defendants shall be served within twenty-eight days of the filing of the Fourth Party Complaint.

ORDERED AND ADJUDGED this the _____ day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, EASTERN DIVISION

Copies to:

Jeffery M. Navarro, Esq.
P.O. Box 162
Amory, MS 38821

Attorney for Defendant/Third Party Plaintiff
 Joyce Ma

Duncan L. Lott, Esq.
Langston & Lott, P.A.
100 South Main St.
P.O. Box 382
Booneville, MS 38829

Attorney for Plaintiff PowerTrain, Inc.

William R. Wheeler, Jr., Esq.
MBN 10848
Wheeler & Franks Law Firm, P.C.
114 South Broadway
P.O. Box 681
Tupelo, MS  38804

Attorney for Third Party Defendants
William H. Shawn and ShawnCoulson, LLP