UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

POWERTRAIN, INC.                                      PLAINTIFF/COUNTER-DEFENDANT

V.                                                      CIVIL ACTION NO.1:11CV105-GHD-DAS

JOYCE MA                                         DEFENDANT/COUNTER-PLAINTIFF

V.

WILLIAM H. SHAWN, et al.                        THIRD PARTY DEFENDANTS

<u>ORDER</u>

The motion of the third-party defendants for an extension of time in which to file their Fourth Party Complaint is granted. The Fourth Party Complaint shall be filed by February 12, 2014. The Fourth Party Complaint shall be served by February 26, 2014.

SO ORDERED this the 23rd day of January, 2014.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

1