# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| POWERTRAIN, INC. | **NOTICE** |
| V. | CASE NO. 1:11CV105-GHD-DAS |
| JOYCE MA, ET AL | |

_____

**TAKE NOTICE** that a proceeding in this case is **RESET** for the place, date, and time set forth below:

| **Place** | **Room No.** |
|---|---|
| U.S. POST OFFICE & FEDERAL BLDG. ABERDEEN, MS | 218 |
| | **Date and Time** **FEBRUARY 6, 2014, 9:30 A.M.** |

**Type of Proceeding**

TELEPHONIC CASE MANAGEMENT CONFERENCE
BEFORE U.S.MAGISTRATE JUDGE DAVID A. SANDERS
TO BE INITIATED BY PLAINTIFF'S COUNSEL

```
 DAVID CREWS
 Clerk of Court
```

 /s/ Emily Seymer
(BY) Emily Seymer
Courtroom Deputy

Date: January 27, 2014
To:
    All Counsel of Record