# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC.                      **NOTICE**

      V.                          CASE NO. 1:11CV105-GHD-DAS

JOYCE MA, ET AL

_____

**TAKE NOTICE** that a proceeding in this case set for the place, date, and time set forth below is hereby CANCELLED:

| **Place** | **Room No.** |
|---|---|
| U.S. POST OFFICE & FEDERAL BLDG. ABERDEEN, MS. | 218 |
| | **Date and Time** February 6, 2014, 9:30 A.M. |

**Type of Proceeding**

**TELEPHONIC CASE MANAGEMENT CONFERENCE
BEFORE U.S.MAGISTRATE JUDGE DAVID A. SANDERS
IS HEREBY CANCELLED**

```
 DAVID CREWS
 Clerk of Court
```

   /s/ Emily Seymer
(BY) Emily Seymer
   Courtroom Deputy

Date: January 27, 2014
To:
      All Counsel of Record