# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC. **NOTICE**

V. CASE NO. 1:11CV105-GHD-DAS

JOYCE MA, ET AL

_____

**TAKE NOTICE** that a proceeding in this case is Reset for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| U.S. POST OFFICE & FEDERAL BLDG. ABERDEEN, MS. | 218 |
| | **Date and Time** <br> **August 4, 2014, 10:00 A.M.** |

**Type of Proceeding**

FINAL PRETRIAL CONFERENCE
BEFORE U.S.MAGISTRATE JUDGE DAVID A. SANDERS

```
 DAVID CREWS
 Clerk of Court
```

 /s/ Emily Seymer
 (BY) Emily Seymer
 Courtroom Deputy

Date: January 27, 2014
To:
  All Counsel of Record