**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| **POWERTRAIN, INC.** | **PLAINTIFF** |
| v. | Cause No: 1:11-cv-0015-GHD-DAS |
| **JOYCE MA and BEST MACHINERY & ELECTRICAL, INC.** | **DEFENDANTS** |
| **JOYCE MA** | **THIRD PARTY PLAINTIFF** |
| v. | |
| **WILLIAM SHAWN and SHAWNCOULSON, LLP** | **THIRD PARTY DEFENDANTS** |

**ENTRY OF APPEARANCE**

T.H. Freeland, IV hereby enters an appearance on behalf of William Shawn and ShawnCoulson, LLP, third party defendants in the above styled and numbered cause.

Respectfully submitted this the 3rd day of February, 2014.

s/    T.H. Freeland, IV
T.H. Freeland, IV
Bar No. 5527

OF COUNSEL:

FREELAND & FREELAND, LAWYERS
1013 JACKSON AVE, P.O. Box 269
OXFORD, MS 38655
(662) 234-3414

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following CM/ECF participant attorneys of record:

Duncan Lott
Langston & Lott
P. O. Box 382
Booneville, MS 38829-0382


Jeffery M. Navarro
P.O. Box 162
Amory, MS 38821

This the _____ day of February, 2014.

                                                s/_____T.H. Freeland, IV_____
                                                        T.H. Freeland, IV