IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**POWERTRAIN, INC.**                                                                        **PLAINTIFF**

v.                                                                    Cause No: 1:11-cv-0015-GHD-DAS

**JOYCE MA and BEST MACHINERY
& ELECTRICAL, INC.**                                                  **DEFENDANTS**

**JOYCE MA**                                                         **THIRD PARTY PLAINTIFF**

v.

**WILLIAM SHAWN and
SHAWNCOULSON, LLP**                                  **THIRD PARTY DEFENDANTS**

**NOTICE BY WILLIAM SHAWN AND SHAWNCOULSON
CONCERNING POSSIBLE FOURTH PARTY COMPLIANT**

    William H. Shawn and ShawnColson, LLP file this Notice Concerning Possible Fourth Party Complaint, and inform the Court that William H. Shawn and ShawnCoulson, LLP do not intend to file a Fourth Party Complaint in this cause.

    Respectfully submitted this the 18th day of February, 2014.

                                                      s/    T.H. Freeland, IV
                                                            T.H. Freeland, IV
                                                            Bar No. 5527

OF COUNSEL:

FREELAND & FREELAND, LAWYERS
1013 JACKSON AVE, P.O. Box 269
OXFORD, MS 38655
(662) 234-3414

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day I have caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following CM/ECF participant attorneys of record:

Duncan Lott
Langston & Lott
P. O. Box 382
Booneville, MS 38829-0382


Jeffery M. Navarro
P.O. Box 162
Amory, MS 38821

      This the 18th day of February, 2014.

                                            s/    T.H. Freeland, IV
                                                T.H. Freeland, IV