IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| POWERTRAIN, INC., A MISSISSIPPI CORPORATION | PLAINTIFF |
| v. | CAUSE NO.: 1:11-cv-00105-GHD-DAS |
| JOYCE MA, INDIVIDUALLY, AND BEST MACHINERY & ELECTRICAL, INC. | DEFENDANTS |
| JOYCE MA, INDIVIDUALLY | THIRD PARTY PLAINTIFF |
| v. | |
| WILLIAM H. SHAWN, AND SHAWNCOULSON, LLP | THIRD PARTY DEFENDANTS |

**THIRD PARTY PLAINTIFF JOYCE MA'S
OPPOSITION TO THIRD PARTY DEFENDANTS' MOTION TO DISMISS**

COMES NOW, Third Party Plaintiff, Joyce Ma ("Ma"), and files its Opposition to Third Party Defendants' Motion to Dismiss under Fed. R. Civ. P. 12(b)(6). In support of her position, Ma has attached her Points and Authorities in Support of this Opposition.

- 1 -

- 2 -

**WHEREFORE,** Ma respectfully requests the Court to deny the Third Party Defendants' Motion to Dismiss. Alternatively, Ma respectfully requests leave from the Court to amend the Third Party Complaint.

Dated: February 20, 2014                                   Respectfully Submitted,

                                                                    JOYCE MA
                                                  DEFENDANT/THIRD PARTY PLAINTIFF

                                                              By /s/ Jeffery M. Navarro
                                                                JEFFERY M. NAVARRO
                                                                      P.O. BOX 162
                                                                  AMORY, MS 38821
                                                                     662-256-3706
                                                                      MBN: 3755
                                                  Attorney for Defendant/Third Party Plaintiff,
                                                                        Joyce Ma

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 20st day of February Septmber, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                        /s/ Jeffery M. Navarro
                                                                          Jeffery M. Navarro