IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC., a Mississippi corporation                                PLAINTIFF

v.                                              CIVIL ACTION NO. 1:11-cv-00105-GHD-DAS

JOYCE MA                                                                   DEFENDANT


JOYCE MA                                                         THIRD-PARTY PLAINTIFF

v.

WILLIAM SHAWN and
SHAWNCOULSON, LLP                                              THIRD-PARTY DEFENDANTS

### ORDER GRANTING THIRD-PARTY DEFENDANTS' MOTION FOR EXTENSION OF TIME

Presently before the Court is a motion for an extension of time [150] to file a reply to their motion to dismiss [144] filed by Third-Party Defendants William H. Shawn and ShawnCoulson, LLP. The Third-Party Defendants have informed the Court that the Third-Party Plaintiff has no objection to the proposed extension. The Court finds that the same is well taken.

ACCORDINGLY, it is HEREBY ORDERED that the motion for an extension of time [150] filed by the Third-Party Defendants, William H. Shawn and ShawnCoulson, LLP, is GRANTED, and the Third-Party Defendants must file their reply to their motion to dismiss [144] on or before Thursday, March 6, 2014.

SO ORDERED, this, the 5 day of March, 2014.

_____
SENIOR JUDGE