UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

POWERTRAIN, INC.                                          PLAINTIFF/COUNTER-DEFENDANT


V.                                                       CIVIL ACTION NO.1:11CV105-GHD-DAS

JOYCE MA                                                 DEFENDANT/COUNTER-PLAINTIFF

V.

WILLIAM H. SHAWN, et al.                                 THIRD PARTY DEFENDANTS

<u>ORDER ALLOWING AMENDMENT</u>

The defendant Joyce Ma has moved for leave to file an amended answer to the plaintiff's

First Amended Complaint.  There being no objection from the plaintiff, the motion is granted.

The defendant shall file her amended answer within seven day of this order.

SO ORDERED this the 5th day of March, 2014.


                                                    /s/ David A. Sanders
                                                    UNITED STATES MAGISTRATE JUDGE

1