UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC.                                PLAINTIFF/COUNTER-DEFENDANT

V.                                CIVIL ACTION NO.1:11CV105-GHD-DAS

JOYCE MA                                DEFENDANT/COUNTER-PLAINTIFF

V.

WILLIAM H. SHAWN, et al.                          THIRD PARTY DEFENDANTS

ORDER ESTABLISHING DISCOVERY DEADLINES

The court finds that discovery deadlines should be established immediately for this case. The following deadlines are established.

1. All motions to amend shall be filed by March 12, 2014.

2. The plaintiff shall designate experts by April 7, 2014.

3. The defendant, counter-plaintiff shall designate all of her experts by April 21, 2014.

4. The third-party defendants shall designate their experts by May 5, 2014.

5. All discovery shall be completed by May 19, 2014.

6. All motions, including *Daubert* motions shall be completed by June 2, 2014.

Because this case has been pending almost three years and trial has already been continued twice, the parties should be prepared to meet all deadlines without any further extensions, absent extraordinary circumstances.

SO ORDERED this the 6th day of March, 2014.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE