# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC.            **NOTICE**

       V.            CASE NO. 1:11CV105-GHD-DAS

JOYCE MA, ET AL

_____

    **TAKE NOTICE** that a proceeding in this case is **set** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| U.S. POST OFFICE & FEDERAL BLDG. ABERDEEN, MS. | 218 |
| | **Date and Time**<br>**March 20, 2014, 9:30 A.M.** |

**Type of Proceeding**

**TELEPHONE STATUS CONFERENCE
BEFORE U.S.MAGISTRATE JUDGE DAVID A. SANDERS
TO BE INITIATED BY PLAINTIFF'S COUNSEL**

                                                 `DAVID CREWS`
                                                 `Clerk of Court`

                                                 /s/ Emily Seymer
                                                 (BY) Emily Seymer
                                                    Courtroom Deputy

Date:    March 6, 2014
To:
       All Counsel of Record