UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC.                                              **NOTICE**

        V.                                              CASE NO. 1:11CV105-GHD-DAS

JOYCE MA, ET AL

     **TAKE NOTICE** that a proceeding in this case is **SET** for the place, date, and time set forth below:

| **Place** | **Room No.** |
|---|---|
| U.S. POST OFFICE & FEDERAL BLDG. **ABERDEEN, MISSISSIPPI** | 218 |
| | **Date and Time** <br> **July 10, 2014, 10:00 A.M.** |

**Type of Proceeding**

**SETTLEMENT CONFERENCE
BEFORE U. S. MAGISTRATE JUDGE DAVID A. SANDERS**

**COUNSEL MUST SUBMIT AN UPDATED CONFIDENTIAL SETTLEMENT MEMORANDUM VIA E-MAIL TO THE MAGISTRATE JUDGE'S CHAMBERS
Judge_Sanders@msnd.uscourts.gov
NO LATER THAN JULY 3, 2014.**

**The person(s) with complete settlement authority must attend the settlement conference. They will <u>not</u> be allowed to participate telephonically. If the court determines that the person(s) attending the settlement conference does not have adequate settlement authority, sanctions will be imposed.**

                                              **DAVID CREWS
Clerk of Court**

                                              /s/Emily Seymer
                                                  Courtroom Deputy

Date:   March 20, 2014
To:     All Counsel of Record

              If you have questions, contact Emily Seymer at 662-369-2138 or
                            Emily_Seymer@msnd.uscourts.gov