UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC. **NOTICE**

V.  CASE NO. 1:11CV105-GHD-DAS

JOYCE MA, ET AL

**TAKE NOTICE** that a proceeding in this case is **RESET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| U.S. POST OFFICE & FEDERAL BLDG. **ABERDEEN, MISSISSIPPI** | 218 |
| | **Date and Time** **July 29, 2014, 10:00 A.M.** |

**Type of Proceeding**

**SETTLEMENT CONFERENCE**
**BEFORE U. S. MAGISTRATE JUDGE DAVID A. SANDERS**

**COUNSEL MUST SUBMIT AN UPDATED CONFIDENTIAL SETTLEMENT MEMORANDUM VIA E-MAIL TO THE MAGISTRATE JUDGE'S CHAMBERS**
Judge_Sanders@msnd.uscourts.gov
**NO LATER THAN JULY 22, 2014.**

**The person(s) with complete settlement authority must attend the settlement conference. They will not be allowed to participate telephonically. If the court determines that the person(s) attending the settlement conference does not have adequate settlement authority, sanctions will be imposed.**

DAVID CREWS
**Clerk of Court**

/s/Emily Seymer
Courtroom Deputy

Date: March 21, 2014
To: All Counsel of Record

If you have questions, contact Emily Seymer at 662-369-2138 or
Emily_Seymer@msnd.uscourts.gov