# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**POWERTRAIN, INC., A MISSISSIPPI**
**CORPORATION**                                                                          **PLAINTIFF**

**v.**                                   **CAUSE NO.: 1:11-cv-00105-GHD-DAS**

**JOYCE MA, INDIVIDUALLY, AND**
**BEST MACHINERY & ELECTRICAL, INC.**       **DEFENDANTS**

**JOYCE MA, INDIVIDUALLY**           **THIRD PARTY PLAINTIFF**

**v.**

**WILLIAM H. SHAWN, AND**
**SHAWNCOULSON, LLP**           **THIRD PARTY DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

I, Jeffery M. Navarro, hereby certify that on March 24, 2014, I served on all counsel of record, via U. S. Mail, a true and correct copy of the following:

1. Defendant Joyce Ma's Third Set of Request for Production to Plaintiff, Powertrain Inc.

This 24th day of March, 2014.

                                        Respectfully submitted,

                                        DEFENDANT JOYCE MA

                                        By: _/Jeffery M. Navarro/_

Attorney for Defendant Joyce Ma

OF COUNSEL:
Jeffrey Navarro
MBN: 3755
jeffnavarro53@att.net
*Attorney for the Defendant, Joyce Ma*

## CERTIFICATE OF SERVICE

I, the undersigned Jeffery M. Navarro, attorneys for Defendant Joyce Ma, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Duncan Lott
dlott@langstonlott.com
*Attorneys for Plaintiff Powertrain, Inc.*

William Rufus Wheeler, Jr
wwheeler@wheelerfrankslaw.com, twoodham@wheelerfrankslaw.com

Tom Freeland
tom@freelandlawfirm.com
*Attorneys for Third Party Defendants, William H. Shawn and Shawncoulson, LLP*

and I hereby certify that I have sent notification of such filing to the following non-ECF participant(s):

NONE

This 24th day of March, 2014.

Respectfully submitted,

DEFENDANT JOYCE MA

By: _/Jeffery M. Navarro/_

Attorney for Defendant Joyce Ma