UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

POWERTRAIN, INC.                                    PLAINTIFF/COUNTER-DEFENDANT

V.                                        CIVIL ACTION NO.1:11CV105-GHD-DAS

JOYCE MA                                    DEFENDANT/COUNTER-PLAINTIFF

V.

WILLIAM H. SHAWN, et al.                          THIRD-PARTY DEFENDANTS

### SUPPLEMENTAL CASE MANAGEMENT ORDER

This order has been established with anticipation of all parties and can be modified only by order of the court on a showing of good cause supportive with affidavits, other average materials or reference to portions of the record.

IT IS ORDERED

1.      Estimated days of trial:          4-5 days

        Estimated number of witnesses:      8-10

        Expert testimony expected: Yes

        No. of Experts: 8-10

2. Alternative dispute resolution. A settlement conference shall be set by separate notice.

3. Consent to trial by the United States Magistrate Judge:

        The parties do not consent to trial by a United States Magistrate Judge.

4. The parties have made their Rule 26 disclosures.

5. Motions; Issue Bifurcation.

        All early motions have been filed.

6. Discovery provisions and limitations:

A. Interrogatories are limited to 30 succinct questions.

B. Requests for Production and Requests for Admission are limited to 30 succinct questions.

C. Depositions are limited to the parties, experts, and no more that five fact witnesses per party without additional approval of the Court.

D. As to electronically stored information, the parties have already provided extensive documents related to the issues, but counsel shall each consult with their clients about potentially relevant documents and advise them to take reasonable steps to assure that any such doucuments are not deleted or destroyed.

E. There are no further discovery provisions or limitations.

7. All Scheduling deadlines, the trial and final pretrial conference have been previously established by a separate order/notices.

8. Motions: The deadline for dispositive and *Daubert*-type motions challenging another party's expert has been set by separate order. The deadline for motions *in limine* is fourteen days before the pretrial conference; the deadline for responses is seven days before the pretrial conference.

9. A settlement conference will be set by separate notice. This notice will provide instructions for preparation for the conference.

10. Report Regarding ADR. On or before seven days before the Final Pretrial Conference, the parties must report to the undersigned all ADR efforts they have undertaken to

2

comply with the Local Rules or provide sufficient facts to support a finding of just cause for failure to comply. See L.U. Civ.R. 83.7 (f) (3).

SO ORDERED this the 24th day of March, 2014.

/s/ David A. Sanders  
UNITED STATES MAGISTRATE JUDGE