**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

POWERTRAIN, INC., A MISSISSIPPI
CORPORATION                                                            **PLAINTIFF**

VS.                                        **CIVIL ACTION NO. 1:11-cv-00105-GHD-DAS**

JOYCE MA, INDIVIDUALLY, AND
BEST MACHINERY & ELECTRICAL, INC.                          **DEFENDANTS**

<u>**MOTION FOR EXTENSION OF TIME**</u>

COMES NOW Plaintiff, PowerTrain, Inc, by and through counsel, and respectfully moves the Court for an extension of time up through April 12, 2014, within which to file Plaintiff's designation of expert in this case.  Plaintiff is waiting for expert report from Chris Weaver.  Plaintiff's counsel has conferred with counsel for Defendant, Ma, and he has no objection to Plaintiff's extension.

WHEREFORE, PREMISES CONSIDERED, plaintiff requests it be granted additional time until April 12, 2014, to provide Plaintiff's expert designation in this case.

Respectfully submitted, this the 23rd day of April, 2014.

**POWERTRAIN, INC.**

*/s/ Duncan Lott*
DUNCAN L. LOTT, MBN 1431
Attorneys for Plaintiff

Of Counsel:

**LANGSTON & LOTT, P.A.**
100 South Main Street
Post Office Box 382
Booneville, MS 38829-0382
Telephone: (662) 728-9733
Facsimile: (662) 728-1992

{L0096978.DOCX}

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 3rd day of April, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Jeffery M. Navarro, Esq.
jeffnavarro53@att.net
P. O. Box 162
Amory, MS 38821
Attorney for Joyce Ma, Defendant

Tom Freeland
tom@freelandlawfirm.com
P.O. Box 269
Oxford, MS 38655-0269
Attorney for Third Party Defendants, William H. Shawn and ShawnCoulson, LLP

This the 3rd day of April, 2014.

*/s/ Duncan L. Lott*
**DUNCAN L. LOTT**

{L0096978.DOCX}