IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC.                              Plaintiff

v                                             NO. 1:11CV105-GHD

JOYCE MA                                      Defendant

## FINAL JUDGMENT AND ORDER GRANTING
## MOTION FOR JUDGMENT AS A MATTER OF LAW

This cause having come on for trial upon the Complaint of the plaintiff and the Answer of the defendant, and after a jury of eight persons having been impaneled to try the issues, and the court, after hearing all of the evidence, and receiving a motion for judgment as a matter of law pursuant to Rule 50(a), Fed. R. Civ. P., from the defendant, Joyce Ma, finds that said motion is well taken and that pursuant to a bench opinion a judgment should be granted in favor of the defendant, it is **ORDERED**:

That the defendant's motion for judgment as a matter of law be, and the same is hereby, SUSTAINED, and the complaint in this cause is finally DISMISSED with prejudice as to the defendant Joyce Ma.

SO ORDERED, this 28th day of October, 2014.

_____
Senior Judge Glen H. Davidson