IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

POWERTRAIN, INC., a Mississippi corporation                                    PLAINTIFF

v.                                                        CIVIL ACTION NO. 1:11-cv-00105-GHD

JOYCE MA, individually                                                          DEFENDANT

### ORDER DENYING PLAINTIFF'S MOTION FOR NEW TRIAL

Pursuant to an opinion issued this day, it is hereby ORDERED that Plaintiff Powertrain, Inc.'s motion for a new trial [279] is DENIED.

SO ORDERED, this, the 17th day of February, 2015.

_____
SENIOR U.S. DISTRICT JUDGE